# Court of Appeals
# of the State of Georgia

ATLANTA,  <u>December 13, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A14E0007.  LEWIS v. THE STATE.**

On October 16, 2013, Defendant Crawford Lewis entered into a negotiated plea to one count of misdemeanor hindering/obstruction, in the Superior Court of DeKalb County, Indictment No. 13-CR-3546-6.  Sentencing was deferred until after the trial of co-defendants, at which Lewis agreed to testify truthfully as a part of the plea.

On December 9, 2013, the Superior Court conducted a sentencing hearing at which the court declined to impose the sentence recommended by the State.  Lewis thereafter attempted to withdraw from the plea, but based on the record before us, it appears that a sentence of one year in confinement was imposed and Lewis was remanded into custody.

On December 10, 2013, Lewis filed an emergency motion to enforce the negotiated plea or, alternatively, to withdraw the plea in the Superior Court.  On December 11, 2013, the court scheduled a hearing on that emergency motion for December 17, 2013. Thereafter, Lewis filed an emergency motion for bond, to which the State has apparently consented. The Superior Court subsequently indicated that the emergency motion for bond would also be taken up at the scheduled December 17, 2013 hearing. Lewis has now filed an emergency motion with this Court, requesting an order that the Superior Court immediately issue a bond pursuant to OCGA § 17-6-1 (b) (1).

OCGA § 17-6-1 (b) (1) provides that, except in cases inapplicable here, "at no time, either before a court of inquiry, when indicted or accused, or after a motion for new trial is made, or while an appeal is pending, shall any person charged with a misdemeanor be refused bail." Accordingly, we hereby GRANT Lewis's emergency

motion and direct the trial court to set a reasonable bond *instanter.* The Clerk of this Court is hereby directed to immediately transmit a copy of this Order to the Clerk of the Superior Court of DeKalb County.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*<u>December 13, 2013</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*